# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO: 8:17-cr-314-CEH-AAS

GIOVANNI SANTIAGO-
OQUENDO

_____

## FINAL REVOCATION HEARING

Pursuant to the Report of Preliminary Supervised Release Revocation Hearing of the United States Magistrate Judge (Doc.54), entered May 26, 2022, a Final Revocation Hearing was previously scheduled for July 20, 2022 at 10:00AM before the undersigned and will proceed as scheduled.

**DONE and ORDERED** in Tampa, Florida this 15th day of June 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services